UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**SUPPRESSED** | No. 1:22-mc-01000<br>Hon. Gabriel Fuentes |

### NOTIFICATION OF AFFILIATES OF
### THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 3.2, the Reporters Committee for Freedom of the Press states that, after a diligent review, it has identified no affiliates.

October 18, 2023

Respectfully submitted,

THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS

By: /s/ Brendan J. Healey
One of its attorneys

Brendan J. Healey (ARDC #6243091)
Baron Harris Healey
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
(312) 741-1029
bhealey@bhhlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing has been served on October 18, 2023, via the Court's CM/ECF system, on all counsel of record who have consented to electronic service.

/s/ Brendan J. Healey