UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

|  |  |
|---|---|
| Plaintiff, | |
| v. | Case No.: 1:22−mc−01000 |
|  | Honorable Gabriel A. Fuentes |
| Suppressed | |
| Defendant. | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 1, 2024:

    MINUTE entry before the Honorable Gabriel A. Fuentes: The government's sealed motion for leave to file a redacted version of the search warrant application materials (doc. #5) is denied, and the government's alternative request (doc. #14) to permit sealing of these application materials in full until further order of court is denied, for the reasons stated in the accompanying memorandum opinion and order. Enter Memorandum Opinion and Order. The government has until the close of business on 7/12/24 to file a renewed motion proposing more extensive redactions as directed in the Memorandum Opinion and Order. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.